TOWNSHIP OF MAPLEWOOD, ESSEX COUNTY, PROSECU-
TOR, v. WILLIAM A. SMITH, JUDGE OF ESSEX COUNTY
CIRCUIT COURT; ADA FLORENCE TAYLOR ET AL.,
AND ALEXANDER R. STODDART ET AL., RESPOND-
ENTS.

JAMES L. PURCELL ET AL., PROSECUTORS, v. WILLIAM A.
SMITH, JUDGE OF ESSEX COUNTY CIRCUIT COURT;
THE TOWNSHIP OF MAPLEWOOD, ESSEX COUNTY,
RESPONDENTS.

Submitted January 17, 1933—Decided July 25, 1933.

Before Justices PARKER, LLOYD and HEHER.

For the prosecutor Township of Maplewood, *Abram H. Cornish.*

For James L. Purcell and Ada Florence Taylor, *Lord & Lord.*

For Alexander R. Stoddart, *Otto A. Stiefel.*

PER CURIAM.

Our examination of the proofs and consideration of the reasons urged for reversal in these cases lead us to the conclusion that the orders filed in the Circuit Court were just and legally correct, and for the reasons set forth in the opinion of Judge Smith in that court the orders are affirmed. *Affirmed (Court of Errors and Appeals)*, 112 *N. J. L.* 233.